**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

*This Document Relates To:*

| | |
|---|---|
| GANNETT CO., INC.<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-5177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:25-cv-07409 (PKC) |

| | |
|---|---|
| THE SLATE GROUP LLC,<br><br>                    *Plaintiff,*<br><br>   -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                    *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>                    *Plaintiff,*<br><br>   -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                    *Defendants.* | Case No. 1:25-cv-08630 (PKC) |

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

Dated: November 11, 2025

Respectfully submitted,

/s/ *Eric J. Maier*
Eric J. Maier (*Admitted Pro Hac Vice*)
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7923
Fax: (202) 326-7999
Email: emaier@kellogghansen.com

*Counsel for Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.*

2